No. 701. CLUCK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th. Cir. Certiorari denied. *Arthur Glover* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Carolyn R. Just* for respondent.

No. 625. GANS ET AL. *v.* OHIO. Supreme Court of Ohio. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Curtis F. McClane* and *Donald J. Lett* for petitioners. *John D. Sears, Jr.* for respondent.

No. 685. ROYCE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Louis Eisenstein* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Helen A. Buckley* for respondent.

No. 698. DEEN *v.* GULF, COLORADO & SANTA FE RAILWAY Co. Supreme Court of Texas. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *David C. McCord* and *Robert Lee Guthrie* for petitioner. *Luther Hudson* for respondent.

No. 410, Misc. WARD *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se*. *Stanley Mosk*, Attorney General of California, and *William E. James*, Assistant Attorney General, for respondent.

No. 455, Misc. MYERS *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.